# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Ronald L. Phillips,                                      Civil No. 13-cv-1551(SRN/TNL)

           Plaintiff,

v.                                                 **ORDER**

City of St. Louis Park, Carpet King, and
Kevin Huntington,

           Defendant.

---

Ronald L. Phillips, General Delivery, 100 South First Street, Minneapolis, MN 55440 (pro se).

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated August 20, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's second application for leave to proceed in forma pauperis (Docket No. 4) is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 26, 2013                      s/Susan Richard Nelson
                                                          The Honorable Susan Richard Nelson
                                                           United States District Court Judge